UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL JOHNSON,<br><br>             Plaintiff,<br><br>       vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>             Defendants. | No. 1:20-cv-00119-NONE-GSA-PC<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, DISMISSING CASE AS MOOT, AND DIRECTING THE CLERK OF THE COURT TO CLOSE CASE</u><br><br>(Doc. No. 19.) |

     Plaintiff Darryl Johnson is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On October 29, 2021, the assigned magistrate judged issued findings and recommendations, recommending that this case be dismissed as moot. (Doc. No. 19.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id*.) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,
/////

1

the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on October 29, 2021 (Doc. No. 19), are adopted in full;
2. This case is dismissed as moot; and
3. The Clerk of Court is directed to assign a district judge to this matter for the purposes of closure and then to close this case.

IT IS SO ORDERED.

Dated: **November 23, 2021**

UNITED STATES DISTRICT JUDGE